## Commonwealth *v.* Koester, Appellant.

Submitted March 1, 1976. *Philip D. Freedman,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Second Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: This case is remanded to the trial court to allow appellant to file a motion to withdraw his guilty plea *nunc pro tunc.* See *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975). *See also Commonwealth v. Lee,* 460 Pa. 324, 333 A.2d 749 (1975); *Commonwealth v. Zakrzewski,* 460 Pa. 528, 333 A.2d 898 (1975).